**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**RONALD R. WALTON,**

    **Plaintiff,**

**vs.**                                                 **CASE NO. 4:04CV504-MMP/AK**

**H. MESSER, et al,**

    **Defendants.**

_____/


## REPORT AND RECOMMENDATION

In an order dated February 23, 2005, Plaintiff was directed to make monthly payments from his inmate account to pay for the filing fees in this matter. (Doc. 8). Plaintiff moved for reconsideration of this Order and requested that he be exempt from this requirement. (Doc. 9). The Court denied the motion for reconsideration explaining that inmates must make payments towards the full filing fee, even though they are indigent. (Doc. 10). When no payments were forthcoming, the Court entered a show cause order on June 17, 2005, directing a response on or before July 1, 2005. (Doc. 11). Plaintiff responded and again requested that he be allowed to proceed without any payment towards the filing fee. (Doc. 12).

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. The Prisoner Litigation and Reform Act (PLRA) makes clear that inmates shall pay the filing fee, although it may be paid in installments. 28 U.S.C. §1915. Plaintiff has been directed in two court orders to make the partial payments, and he has expressed his unwillingness to do so. The undersigned finds that this action constitutes a failure to prosecute and a failure to obey a court order, and this cause should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **28th** day of July, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK