IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD R WALTON,

    Plaintiff,

v.                             CASE NO. 4:04-cv-00504-MP-AK

H MESSER,
MAJOR D ROBINSON,
SGT STEVENS,
LIEUTENANT D WATSON,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice. Objections to Report and Recommendation were due by 8/25/2005, but none were filed. The Court agrees that since plaintiff failed to make the monthly payments required under the Prisoner Litigation and Reform Act, despite two orders telling him to, prisoner has failed to prosecute his case and failed to follow orders of the Court. Accordingly, the Court agrees with the Magistrate Judge that this case should be dismissed without prejudice.

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *22nd*  day of September, 2005

                          *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge